■ EDMUND A. EGAN, II, M.D., Respondent, v UNITED UNIVERSITY PROFESSIONS et al., Appellants. [771 NYS2d 423]—Appeals from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered February 24, 2003. The order denied defendants' motions for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Wisner, J.P., Kehoe, Gorski, Lawton and Hayes, JJ.